WILLIAM H. OLDS and Another, Respondents, v. CITY OF JAMESTOWN and Another, Appellants, MILDRED E. RIBBING and Another, Defendants.— Order affirmed, with ten dollars costs and disbursements, upon the grounds stated in the memorandum in the case of *Eckman* v. *Meli* (*ante,* p. 925), decided herewith. All concur. (The order denies motions for a dismissal of the complaint, in an action to vacate a purported tax sale of property.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.